IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR PERKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action. No. 13-361E |
| ) | |
| v. ) | |
| ) | Judge Cathy Bissoon |
| ERIE COUNTY PRISON, ) | Magistrate Judge Susan Paradise Baxter |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Susan Paradise Baxter for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.C, 72.D and 72.G of the Local Rules for Magistrates.

On January 6, 2014, the Magistrate Judge issued a Report (Doc. 4) recommending that Plaintiff's requests to proceed in forma pauperis (Docs. 1, 3) be granted and the Complaint be dismissed with prejudice pursuant to the screening provisions of the Prison Litigation Reform Act. Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the complaint and documents in the case, together with the Report and Recommendation, the following Order is entered:

Plaintiff's requests to proceed in forma pauperis **(Docs. 1, 3)** are **GRANTED**, the Complaint is **DISMISSED** with prejudice pursuant to the screening provisions of the Prison Litigation Reform Act, and the Report and Recommendation of Magistrate Judge Baxter dated

January 6, 2014, is hereby adopted as the opinion of the District Court.

IT IS SO ORDERED.


January 29, 2014                                                s\Cathy Bissoon
                                                                Cathy Bissoon
                                                                United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Arthur Perkins
KJ2416
SCI Albion
10745 Route 18
Albion, PA 16475